PER CURIAM.
The final judgment of dissolution of marriage is res judicata and, therefore, bars any redetermination of the paternity of the child. See Singletary v. Hardemon, 595 So.2d 277 (Fla. 3d DCA 1992); Vereen v. Vereen, 581 So.2d 1004 (Fla. 1st DCA 1991); Biddle v. Salozzo, 522 So.2d 101 (Fla. 3d DCA 1988); Narcisi v. Brusko, 510 So.2d 1132 (Fla. 2d DCA 1987); Hess v. Hess, 466 So.2d 1179 (Fla. 3d DCA), review denied, 476 So.2d 674 (Fla.1985); Decker v. Hunter, 460 So.2d 1014 (Fla. 3d DCA 1984); Van Nostrand v. Olivieri, 427 So.2d 374 (Fla. 2d DCA 1983); Johnson v. Johnson, 395 So.2d 640 (Fla. 2d DCA 1981).
Affirmed.